FILED

UNITED STATES COURT OF APPEALS

MAY 30 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARLEEN CARBRAL, individually and on behalf of all others similarly situated, | No. 13-80030 |
| Plaintiff - Respondent, | D.C. No. 5:12-cv-00085-MWF-OP Central District of California, Riverside |
| v. | |
| SUPPLE LLC, a Connecticut corporation, | ORDER |
| Defendant - Petitioner. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
5/30/2013
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: O'SCANNLAIN, W. FLETCHER, and CALLAHAN, Circuit Judges.

Petitioner's motion to file a reply in support of the petition for permission to appeal is granted. The reply has been filed.

The court, in its discretion, grants the petition for permission to appeal the district court's February 14, 2013 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

MT/MOATT