UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **EDCV 12-85-MWF(OPx)**                          Dated: **March 14, 2016**

Title:       Arleen Cabral -*v*- Supple LLC, et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | Naren L. Jansen |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Gillian Wade | Brad W. Seiling |
| Sara D. Avila | |

**PROCEEDINGS:**     MOTION FOR SUMMARY JUDGMENT [145];
                     PLAINTIFF'S MOTION TO REMAND [146]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                                                : 06 min